**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24338-KMM

CARLOS BRITO,

       Plaintiff,

v.

DADE PLAZA NORTH LLC and GOLDEN
GLADES PLAZA LLC D/B/A GOLDEN
GLADES PLAZA/PILOT AKA MOBIL
PILOT #897,

       Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, DADE PLAZA NORTH LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice as to Defendant, DADE PLAZA NORTH LLC, *only* with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 17, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:  ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

/s/ Thomas L. Abrams
THOMAS L. ABRAMS
Florida Bar No. 764329
1213 S.E. 3rd Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 523-0900
E-Mail:  tabrams@tabramslaw.com
*Counsels for Defendant, DADE PLAZA NORTH LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 17, 2024.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ